## Commonwealth *v.* Coleman, Appellant.

Submitted March 13, 1972. *Thomas C. Zerbe, Jr.,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Corsa, Appellant.

Argued March 13, 1972. *John G. Bergdoll,* with him *Richard P. Noll,* for appellant; *Harold N. Fitzkee, Jr.,* District Attorney, with him *Robert J. Wire,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.